# Third District Court of Appeal

## State of Florida

Opinion filed June 8, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-951
Lower Tribunal No. 06-390-K

————————

**Clifford Jason Gregory,**
Appellant,

vs.

**Key West Welding and Fabrication, Inc., and Edward Salvador Bazo,**
Appellees.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Law Offices of Hugh Morgan and Hugh Morgan; W. Sam Holland; Wasson & Associates, Chartered, and Roy D. Wasson, for appellant.

Butler Weihmuller Katz Craig LLP, and Carol M. Rooney (Tampa), for appellees.

Before LOGUE, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.